UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SHAW aka JOHN HSIA,<br>  Plaintiff,<br>  v.<br>CAPT. D. SEPULVEDA, et al.,<br>  Defendants.<br>_____ / | No. C 14-1246 NC (PR)<br><br>**ORDER OF DISMISSAL** |

On March 17, 2014, plaintiff, a California prisoner proceeding <u>pro se</u>, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On May 15, 2014, the Court dismissed the complaint with leave to amend, explaining the deficiencies in the complaint that needed to be cured. The Court directed plaintiff to file an amended complaint within twenty-eight days. Plaintiff was cautioned that his failure to do so would result in the dismissal of this action.

More than twenty-eight days have passed, and plaintiff has not filed an amended complaint or otherwise communicated with the Court. Accordingly, the action is DISMISSED without prejudice.

The Clerk is directed to enter judgment and close the file.

IT IS SO ORDERED.

DATED:  June 23, 2014

_____
NATHANAEL M. COUSINS
United States Magistrate